HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>    Defendant. | Case No. 2:23-cv-05440-DGE<br><br>[PROPOSED] ORDER GRANTING DEFENDANT APTIBYTE, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

THIS MATTER came before the Court on Defendant Aptibyte, LLC's Motion to Dismiss Plaintiff's Complaint seeking dismissal with prejudice of Plaintiff Safety Star, LLC's Complaint and all claims contained therein. The Court, having considered the Motion to Dismiss, any response and/or reply, the record herein, and being fully advised in the premises, GRANTS the Motion to Dismiss and FINDS and ORDERS as follows:

1. Plaintiff has failed to carry its burden of demonstrating its standing to assert any of the causes of action alleged in the Complaint, all of which are based upon alleged rights in what Plaintiff refers to collectively as the "B-SAFE Trademarks." As a result, Plaintiff's claims must be dismissed.

2. Additionally, Section 230 of the Communications Decency Act, 47 U.S.C. § 230 ("CDA 230"), bars each of Plaintiff's state law claims for unfair competition under the Washington Consumer Protection Act, unfair competition under Washington common law, and

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(Case No. 2:23-cv-05440-DGE) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

tortious interference with economic relations. Defendant, as the provider of a website that enables access by multiple users, is an "interactive computer service" under CDA 230. Also, each of Plaintiff's state law claims seek to hold Defendant liable as the publisher or speaker of information provided by other information content providers, namely, the bingo cards allegedly bearing the B-SAFE Trademarks that users created using Defendant's bingo-card generator website. Nor does any exception to CDA 230 immunity apply to Plaintiff's state law claims as the Ninth Circuit has held that the exception in Section 230(e)(2) for intellectual property claims is limited to federal intellectual property law. *See Perfect 10, Inc. v. CCBill LLC*, 488 F.3d 1102, 1108, 1118-19 (9th Cir. 2007). As a result, each of Plaintiff's state law claims – the third through fifth causes of action – are barred by CDA 230 and must be dismissed.

3. Plaintiff's Lanham Act claims – for direct trademark infringement under 15 U.S.C. § 1114 and false designation of origin under 15 U.S.C. § 1125 – fail to state a claim for relief as Plaintiff does not and cannot allege that Defendant made commercial use of any trademarks that Plaintiff claims to own or otherwise have protectable rights to. As a consequence, both of Plaintiff's Lanham Act claims, the first and second causes of action, must be dismissed.

4. As to Plaintiff's state law claims (the third through fifth causes of action), even if those claims were not barred by CDA 230, they would also be subject to dismissal as they are based on the same allegations of trademark infringement as Plaintiff's deficient Lanham Act claims.

5. As to Plaintiff's fifth cause of action for tortious interference with economic relations, that claim is additionally subject to dismissal as Plaintiff fails to plead any facts to support the necessary elements of that claim.

6. Based on the foregoing, Defendant's Motion to Dismiss is GRANTED and Plaintiff's Complaint, and all causes of action contained therein, are hereby DISMISSED.

7. Because no amendment could cure the legal deficiencies in Plaintiff's Complaint, the Complaint and all causes of action contained therein are hereby DISMISSED WITH

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(Case No. 2:23-cv-05440-DGE) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

PREJUDICE and without leave to amend.

8. Judgment shall be entered in favor of Defendant Aptibyte, LLC.

IT IS SO ORDERED.

Dated this ___ day of _____, 2023.

_____
David G. Estudillo
United States District Judge

Presented by:
FOCAL PLLC

By: *s/ Stacia N. Lay*
*s/ Randall H. Moeller*
Stacia N. Lay, WSBA #30594
Randall H. Moeller, WSBA #21094
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com
Email: randall@focallaw.com

Attorneys for Defendant Aptibyte, LLC

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(Case No. 2:23-cv-05440-DGE) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966