# APPENDIX A

Page 1
Status Search SN 5660503
https://tsdr.uspto.gov/#caseNumber=3032329&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

**For assistance with TSDR,** email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-08-01 18:17:23 EDT |
| Mark: | B-SAFE |

B-SAFE

| | | | |
|---|---|---|---|
| US Serial Number: | 78544305 | Application Filing Date: | Jan. 08, 2005 |
| US Registration Number: | 3032329 | Registration Date: | Dec. 20, 2005 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Jan. 23, 2015 | | |
| Publication Date: | Sep. 27, 2005 | | |

### Mark Information

| | |
|---|---|
| Mark Literal Elements: | B-SAFE |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

### Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in the Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Bingo-type game cards for use in promoting safety | | |
| International Class(es): | 028 - Primary Class | U.S Class(es): | 022, 023, 038, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Mar. 01, 1992 | Use in Commerce: | Mar. 01, 1992 |

### Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

### Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Culbertson, BeauB |
| Owner Address: | 8206 Interlochen St.<br>Nixa, MISSOURI UNITED STATES 65714 |
| Legal Entity Type: | INDIVIDUAL |
| Citizenship: | UNITED STATES |

### Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Culbertson, Beau<br>8206 Interlochen St.<br>NIXA, MISSOURI UNITED STATES 65714 |
| Phone: | 417-872-8052 |
| Correspondent e-mail: | beauculbertson@outlook.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|

**APPENDIX A Page 1**

Page 2
Status Search SN 5660503
https://tsdr.uspto.gov/#caseNumber=3032329&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

| Jul. 24, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 29, 2018 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 29, 2018 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 23, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 23, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 67723 |
| Jan. 23, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67723 |
| Jan. 23, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| Jan. 05, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 05, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 29, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 77315 |
| Jan. 29, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Jan. 11, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 20, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 27, 2005 | PUBLISHED FOR OPPOSITION | |
| Sep. 07, 2005 | NOTICE OF PUBLICATION | |
| Aug. 16, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70997 |
| Aug. 12, 2005 | ASSIGNED TO LIE | 70997 |
| Aug. 09, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 09, 2005 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 09, 2005 | EXAMINERS AMENDMENT -WRITTEN | 73373 |
| Aug. 09, 2005 | ASSIGNED TO EXAMINER | 73373 |
| Jan. 19, 2005 | NEW APPLICATION ENTERED | |

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - None recorded**

▼ **Proceedings - Click to Load**

**APPENDIX A Page 2**

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78544305 |
| **REGISTRATION NUMBER** | 3032329 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 111 |
| **MARK SECTION** | |
| **MARK** | B-SAFE (see, https://tmng-al.uspto.gov/resting2/api/img/78544305/large) |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | Culbertson, Beau<br>8206 Interlochen St.<br>NIXA Missouri 65714<br>US<br>417-872-8052<br>beauculbertson@hotmail.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | Culbertson, Beau<br><br>8206 Interlochen St.<br>NIXA<br>Missouri<br>United States<br>65714<br>417-872-8052<br>beauculbertson@outlook.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER** | |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Maulin Shah/ |
| **SIGNATORY NAME** | Maulin Shah |
| **SIGNATORY DATE** | 07/24/2018 |
| **SIGNATORY POSITION** | Attorney of record, California bar member |
| **SIGNATORY PHONE NUMBER** | 888-307-6807 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Jul 24 14:29:03 EDT 2018 |
| **TEAS STAMP** | USPTO/CCA-XXX.XX.XXX.XXX-<br>20180724142903461894-7628<br>1230-610de4edd587784db951<br>eff61949a2521e1bf5fc2abd1<br>92756fcdb5d913df7599b-N/A<br>-N/A-20180724142633463586 |

# Change Of Owner's Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78544305 |
| **REGISTRATION NUMBER** | 3032329 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 111 |
| **MARK SECTION** | |
| **MARK** | B-SAFE (see, https://tmng-al.uspto.gov/resting2/api/img/78544305/large) |
| **OWNER SECTION (current)** | |
| **NAME** | Culbertson, BeauB |
| **STREET** | 8206 Interlochen Drive |
| **CITY** | Nixa |
| **STATE** | Missouri |
| **ZIP/POSTAL CODE** | 65714 |
| **COUNTRY** | US |
| **PHONE** | 417.872-8052 |
| **FAX** | 417.581.5633 |
| **EMAIL** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **NEW OWNER ADDRESS** | |
| **STREET** | 8206 Interlochen St. |
| **CITY** | Nixa |
| **STATE** | Missouri |
| **ZIP/POSTAL CODE** | 65714 |
| **COUNTRY** | United States |
| **EMAIL** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | Culbertson, Beau B<br>8206 Interlochen Drive<br>NIXA Missouri 65714<br>US<br>417.872-8052<br>417.581.5633<br>beauculbertson@outlook.com |
| **CORRESPONDENCE SECTION (NEW CORRESPONDENCE ADDRESS FOR OWNER)** | |
| **NAME** | Culbertson, Beau |
| **STREET** | 8206 Interlochen St. |

| | |
|---|---|
| **CITY** | NIXA |
| **STATE** | Missouri |
| **COUNTRY** | US |
| **POSTAL/ZIP CODE** | 65714 |
| **PHONE** | 417-872-8052 |
| **EMAIL** | beauculbertson@hotmail.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER** | |

### SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Maulin V. Shah/ |
| **SIGNATORY NAME** | Maulin V. Shah |
| **SIGNATORY DATE** | 06/29/2018 |
| **SIGNATORY POSITION** | Attorney, Envision IP LLC, California Bar Member |
| **SIGNATORY PHONE NUMBER** | 888-307-6807 |

### FILING INFORMATION SECTION

| | |
|---|---|
| **SUBMIT DATE** | Fri Jun 29 21:15:11 EDT 2018 |
| **TEAS STAMP** | USPTO/COA-XXX.XX.XXX.XXX-20180629211511519020-7628 1230-610e0558926997b4e8aa 654af3686f113273e2e7560dc 77ab1f8704ecc3c34c7b-N/A-N/A-20180629211124160541 |

APPENDIX A Page 6