# APPENDIX B

Page 1
Status Search SN 5660503
https://tsdr.uspto.gov/#caseNumber=5660503&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

| | | | | |
|---|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-08-01 18:06:10 EDT | | | |
| **Mark:** | BSAFE BINGO | | | **BSAFE BINGO** |
| **US Serial Number:** | 87947894 | | **Application Filing Date:** | Jun. 04, 2018 |
| **US Registration Number:** | 5660503 | | **Registration Date:** | Jan. 22, 2019 |
| **Filed as TEAS RF:** | Yes | | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | | |
| **Mark Type:** | Trademark | | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active | | |
| | | The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | | |
| **Status Date:** | Jan. 22, 2019 | | | |
| **Publication Date:** | Nov. 06, 2018 | | | |

▼ **Mark Information**                                                                 ▲ Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | BSAFE BINGO |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "BINGO" |

▼ **Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Board games designed to promote employee safety awareness | | |
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 31, 2001 | **Use in Commerce:** | Oct. 31, 2001 |

▼ **Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

▼ **Current Owner(s) Information**

| | | | |
|---|---|---|---|
| **Owner Name:** | Safety Star | | |
| **Owner Address:** | 8206 Interlochen Dr. | | |
| | Nixa, MISSOURI UNITED STATES 65714 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | MISSOURI |

▼ **Attorney/Correspondence Information**

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Maulin Shah | | |
| **Attorney Primary Email Address:** | maulin.shah@envisionip.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | MAULIN SHAH | | |
| | ENVISION IP, LLC | | |
| | 350 5TH AVE 59TH FL | | |
| | NEW YORK, NEW YORK UNITED STATES 10118 | | |
| **Phone:** | 888-307-6807 | **Fax:** | 646-200-5227 |
| **Correspondent e-mail:** | maulin.shah@envisionip.com trademarks@envisionip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

Page 2
Status Search SN 5660503
https://tsdr.uspto.gov/#caseNumber=5660503&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 22, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 06, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 06, 2018 | PUBLISHED FOR OPPOSITION | |
| Oct. 17, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 04, 2018 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| Oct. 01, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 21, 2018 | EXAMINER'S AMENDMENT ENTERED | 76568 |
| Sep. 21, 2018 | ASSIGNED TO LIE | 76568 |
| Sep. 21, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 21, 2018 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 21, 2018 | EXAMINERS AMENDMENT -WRITTEN | 82422 |
| Sep. 21, 2018 | ASSIGNED TO EXAMINER | 82422 |
| Jun. 11, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 07, 2018 | NEW APPLICATION ENTERED | |

### TM Staff and Location Information
### Assignment Abstract Of Title Information - None recorded
### Proceedings - Click to Load

Case 3:23-cv-05440-DGE   Document 18-2   Filed 08/10/23   Page 4 of 14



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Oct 17, 2018

## NOTICE OF PUBLICATION

1. Serial No.:
   87-947,894

2. Mark:
   BSAFE BINGO
   (STANDARD CHARACTER MARK)

3. International Class(es):
   28

4. Publication Date:
   Nov 6, 2018

5. Applicant:
   Safety Star

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

maulin.shah@envisionip.com
trademarks@envisionip.com

| | |
|---|---|
| **To:** | Safety Star (maulin.shah@envisionip.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87947894 - BSAFE BINGO - N/A |
| **Sent:** | 9/21/2018 12:19:10 PM |
| **Sent As:** | ECOM106@USPTO.GOV |
| **Attachments:** | |

UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 87947894

**\*87947894\***

**MARK:** BSAFE BINGO

**CORRESPONDENT ADDRESS:**
 MAULIN SHAH
 ENVISION IP, LLC
 350 5TH AVENUE
 59TH FLOOR
 NEW YORK, NY 10118

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/trademarks/index.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Safety Star

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
 N/A

**CORRESPONDENT E-MAIL ADDRESS:**
 maulin.shah@envisionip.com

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE: 9/21/2018**

**DATABASE SEARCH:** The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**APPLICATION HAS BEEN AMENDED:** In accordance with the authorization granted by MAULIN SHAH on September 21, 2018, the trademark examining attorney has amended the application as indicated below. Please advise the undersigned immediately of any objections. Otherwise, no response is necessary. TMEP §707. Any amendments to the identification of goods and/or services may clarify or limit the goods and/or services, but may not add to or broaden the scope of the goods and/or services. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*

<u>Disclaimer</u>
The following disclaimer statement is added to the record:

 No claim is made to the exclusive right to use "BINGO" apart from the mark as shown.

*See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.08(a)(i).

<u>Identification of Goods</u>
The identification of goods is amended to read as follows:

Class 28:  Board games designed to promote employee safety awareness.

*See* TMEP §§1402.01, 1402.01(e).

    /Bernice Middleton/
    Bernice Middleton
    Trademark Examining Attorney
    Law Office 106
    Bernice.Middleton@uspto.gov
    (571) 270.1514

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| | |
|---|---|
| **To:** | Safety Star (maulin.shah@envisionip.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87947894 - BSAFE BINGO - N/A |
| **Sent:** | 9/21/2018 12:19:13 PM |
| **Sent As:** | ECOM106@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

## <u>IMPORTANT NOTICE REGARDING YOUR<br>U.S. TRADEMARK APPLICATION</u>

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED<br>ON **9/21/2018** FOR U.S. APPLICATION SERIAL NO.87947894

Please follow the instructions below:

**(1)  TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov/, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## <u>WARNING</u>

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."  For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

Serial Number: 87947894
Filing Date: 06/04/2018

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87947894 |
| MARK INFORMATION | |
| *MARK | BSAFE BINGO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BSAFE BINGO |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Safety Star |
| *STREET | 8206 Interlochen Dr. |
| *CITY | Nixa |
| *STATE (Required for U.S. applicants) | Missouri |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 65714 |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Missouri |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | Game designed to promote employee safety awareness. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 10/31/2001 |
| FIRST USE IN COMMERCE DATE | At least as early as 10/31/2001 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\879\478\87947894\xml1\ RFA0003.JPG |
| SPECIMEN DESCRIPTION | Applicant's game board bearing Applicant's mark |
| ATTORNEY INFORMATION | |

| | |
|---|---|
| **NAME** | Maulin Shah |
| **FIRM NAME** | Envision IP, LLC |
| **INTERNAL ADDRESS** | 59th Floor |
| **STREET** | 350 5th Avenue |
| **CITY** | New York |
| **STATE** | New York |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 10118 |
| **PHONE** | 888-307-6807 |
| **FAX** | 646-200-5227 |
| **EMAIL ADDRESS** | maulin.shah@envisionip.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Maulin Shah |
| **FIRM NAME** | Envision IP, LLC |
| **INTERNAL ADDRESS** | 59th Floor |
| **STREET** | 350 5th Avenue |
| **CITY** | New York |
| **STATE** | New York |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 10118 |
| **PHONE** | 888-307-6807 |
| **FAX** | 646-200-5227 |
| ***EMAIL ADDRESS** | maulin.shah@envisionip.com; trademarks@envisionip.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| ***TOTAL FEE DUE** | 275 |
| ***TOTAL FEE PAID** | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Maulin Shah/ |
| **SIGNATORY'S NAME** | Maulin Shah |
| **SIGNATORY'S POSITION** | Attorney of Record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 888-307-6807 |
| **DATE SIGNED** | 06/04/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87947894**
**Filing Date: 06/04/2018**

### To the Commissioner for Trademarks:

**MARK:** BSAFE BINGO (Standard Characters, see mark)
The literal element of the mark consists of BSAFE BINGO.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Safety Star, a limited liability company legally organized under the laws of Missouri, having an address of
 8206 Interlochen Dr.
 Nixa, Missouri 65714
 United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

 International Class 028:  Game designed to promote employee safety awareness.

In International Class 028, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 10/31/2001, and first used in commerce at least as early as 10/31/2001, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Applicant's game board bearing Applicant's mark.
Specimen File1


The applicant's current Attorney Information:
 Maulin Shah of Envision IP, LLC
 59th Floor
 350 5th Avenue
 New York, New York 10118
 United States
 888-307-6807(phone)
 646-200-5227(fax)
 maulin.shah@envisionip.com (authorized)

The applicant's current Correspondence Information:
 Maulin Shah
 Envision IP, LLC
 59th Floor
 350 5th Avenue
 New York, New York 10118
 888-307-6807(phone)
 646-200-5227(fax)
 maulin.shah@envisionip.com;trademarks@envisionip.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

- ☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Maulin Shah/   Date: 06/04/2018
Signatory's Name: Maulin Shah
Signatory's Position: Attorney of Record, California bar member
Payment Sale Number: 87947894
Payment Accounting Date: 06/05/2018

Serial Number: 87947894
Internet Transmission Date: Mon Jun 04 18:06:47 EDT 2018
TEAS Stamp: USPTO/BAS-XXX.XX.XXX.XXX-201806041806478
63831-87947894-61057a27ecde8147537119d15
7039d61189911b355de5aa81b629ad348cb6c157
bd-CC-5179-20180604180019580100

# BSAFE BINGO

