HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>　　　　Defendant. | Case No. 2:23-cv-05440-DGE<br><br>[PROPOSED] ORDER GRANTING DEFENDANT APTIBYTE, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

THIS MATTER came before the Court on Defendant Aptibyte, LLC's Motion to Dismiss Plaintiff's First Amended Complaint seeking dismissal with prejudice of Plaintiff Safety Star, LLC's First Amended Complaint and all claims contained therein. The Court, having considered the Motion to Dismiss, any response and/or reply, the record herein, and being fully advised in the premises, GRANTS the Motion to Dismiss and FINDS and ORDERS as follows:

　　　　1.　　Plaintiff has failed to carry its burden of demonstrating its standing to assert any of the causes of action alleged in the First Amended Complaint, all of which are based upon alleged rights in what Plaintiff refers to collectively as the "B-SAFE Trademarks." The alleged trademark assignment dated June 4, 2018, upon which Plaintiff's claim to standing rests, as an apparent backdated, *nunc pro tunc* assignment is insufficient to allege Plaintiff's standing at the time this lawsuit was filed. As a result, Plaintiff's claims must be dismissed.

　　　　2.　　Plaintiff's Lanham Act claims – for direct trademark infringement under

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(Case No. 2:23-cv-05440-DGE) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

15 U.S.C. § 1114 and false designation of origin under 15 U.S.C. § 1125 – fail to state a claim for relief as Plaintiff does not and cannot allege that Defendant made commercial use of any trademarks that Plaintiff claims to own or otherwise have protectable rights to. As a consequence, Plaintiff's Lanham Act claims must be dismissed.

3. Based on the foregoing, Defendant's Motion to Dismiss is GRANTED and Plaintiff's First Amended Complaint, and all causes of action contained therein, are hereby DISMISSED.

4. Because no amendment could cure the legal deficiencies in Plaintiff's First Amended Complaint, that complaint and all causes of action contained therein are hereby DISMISSED WITH PREJUDICE and without leave to amend.

5. Judgment shall be entered in favor of Defendant Aptibyte, LLC.

IT IS SO ORDERED.

Dated this ___ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:
FOCAL PLLC

By: _s/ Stacia N. Lay_
　　_s/ Randall H. Moeller_
　　Stacia N. Lay, WSBA #30594
　　Randall H. Moeller, WSBA #21094
　　900 1st Avenue S., Suite 201
　　Seattle, Washington 98134
　　Tel: (206) 529-4827
　　Fax: (206) 260-3966
　　Email: stacia@focallaw.com
　　Email: randall@focallaw.com

Attorneys for Defendant Aptibyte, LLC

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(Case No. 2:23-cv-05440-DGE) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966