UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR LLC,<br><br>    Plaintiff,<br>  v.<br><br>APTIBYTE LLC,<br><br>    Defendant. | CASE NO. 3:23-cv-05440-DGE<br><br>ORDER DISMISSING CASE |

On August 18, 2023, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). (Dkt. No. 19.) Accordingly, this case is DISMISSED without prejudice, with each party to bear its own fees and costs. Defendant's motion to dismiss (Dkt. No. 18) is MOOT.

Dated this 21st day of August, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 1